UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

March 2015 Grand Jury

| UNITED STATES OF AMERICA, | Case No. **15 CR 1298 AJB** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1001(a)(2) - False Statements Involving International Terrorism |
| MOHAMAD SAEED KODAIMATI, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about March 10, 2015, at the United States Embassy, in Ankara, Turkey, defendant MOHAMAD SAEED KODAIMATI, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation ("FBI") and the Department of State's Diplomatic Security Service ("DSS"), and having been arrested in the Southern District of California, did knowingly and willfully make a materially false, fraudulent, and fictitious statement and representation, in that defendant MOHAMAD SAEED KODAIMATI stated to a Special Agent of the FBI and a Special Agent of DSS that:

JNP:MFK:nlv:San Diego
5/8/15

  (1) He had never worked for or volunteered at a Sharia Court;

  (2) He had only been to a Sharia Court once;

  (3) He did not know anyone who was a member of ISIS, a Foreign Terrorist Organization also known as Islamic State in Iraq and the Levant (ISIL);

  (4) While in Syria, he had never been involved with Al Nusrah, a Foreign Terrorist Organization, in any manner;

  (5) While in Syria, he had never been involved in any fighting;

  (6) While in Syria, he never fired a weapon at anyone;

  (7) While in Syria, he had never been in combat; whereas, in truth and fact, as defendant then and there well knew, these statements and representations were false, fictitious and fraudulent when made.

  It is further alleged that this offense involved international terrorism.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## Count 2

  On or about March 11, 2015, at the United States Embassy, in Ankara, Turkey, defendant MOHAMAD SAEED KODAIMATI, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation ("FBI") and the Department of State's Diplomatic Security Service ("DSS"), and having been arrested in the Southern District of California, did knowingly and willfully make a materially false, fraudulent, and fictitious statement and representation, in that defendant MOHAMAD SAEED KODAIMATI stated to a Special Agent of the FBI and a Special Agent of DSS that:

//

(1) He never communicated with an individual named A.S. about Al-Nusrah, a Foreign Terrorist Organization, and ISIS, a Foreign Terrorist Organization also known as Islamic State in Iraq and the Levant (ISIL);

(2) He never told A.S. that he was affiliated with Al-Nusrah in any manner; whereas, in truth and fact, as defendant then and there well knew, these statements and representations were false, fictitious and fraudulent when made.

It is further alleged that this offense involved international terrorism.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: May 15, 2015.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
MICHAEL F. KAPLAN
Assistant U.S. Attorney